IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY BURROWS, et al.,

    Plaintiffs,                                   No. CIV S-08-1752 JAM KJM

    vs.

COMBINED INS. CO., et al.,

    Defendants.                               <u>ORDER</u>

        Defendants' motion to compel came on regularly for hearing August 19, 2009. Orlando Arellano appeared telephonically for plaintiffs. Erica Kelley appeared telephonically for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        The motion to compel (docket no. 18) is granted with respect to the categories of documents described as at issue in the joint discovery statement, as confirmed at hearing. No later than September 18, 2009, plaintiff shall produce all responsive documents, or shall amend the response to indicate no responsive documents could be located, and shall provide a privilege

/////

/////

1

1  log if any documents are withheld on the basis of privilege.  Tax returns may be produced in
2  redacted form.
3  DATED:  August 24, 2009.

_____
U.S. MAGISTRATE JUDGE

006
burrows.oah