Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Dina Livhits (SBN 245646)
DLivhits@InitiativeLegal.com
Orlando Arellano (SBN 234073)
OArellano@InitiativeLegal.com
Initiative Legal Group, APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiffs Kimberly Burrows,
 Kurt Brunner and Susanne Townsend

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY BURROWS, KURT BRUNNER, and SUSANNE TOWNSEND, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>COMBINED INSURANCE COMPANY OF AMERICA, an Illinois corporation; AON SERVICE CORPORATION, an Illinois corporation,<br><br>　　　　　　Defendants. | Case No.: 2:08-CV-01752-JAM-KJM<br><br>[Assigned for all purposes to the Hon. John A. Mendez]<br><br>**JOINT STIPULATION AND ORDER EXTENDING FILING DATE ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND DISPOSITIVE MOTIONS**<br><br>**\* AS MODIFIED BY THE COURT** |

1  **THIS STIPULATION** is hereby entered into by Plaintiffs Kimberly
2  Burrows, Kurt Brunner and Sue Townsend ("Plaintiffs") and Defendants
3  Combined Insurance Company of America, and AON Service Corporation
4  ("Defendants"), (Plaintiffs and Defendants are collectively referred to as the
5  "Parties") by and through their respective counsel of record.
6      This is the first stipulation the Parties have filed to in order to continue the
7  hearing and briefing schedule on Plaintiffs Motion for Class Certification.  The
8  Parties previously agreed to continue to continue Plaintiffs' Motion for Class
9  Certification as part of the Joint Mid-Litigation Statement filed on August 12,
10  2009 because the Parties were scheduling mediation.
11      **WHEREAS**, on July 29, 2008, Plaintiff filed a wage-and-hour Class
12  Action Complaint alleging a various violation of the California Labor Code;
13      **WHEREAS**, on December 15, 2008, the Court issued a Pre-trial
14  Scheduling Order (Document No. 13) setting forth the last filing date on any
15  dispositive motions for September 23, 2009, along with a trial date of
16  February 8, 2010 and other relevant dates;
17      **WHEREAS**, on August 12, 2009, the Parties filed a Joint Mid-Litigation
18  Statement (Document No. 23) which informed the Court that the parties were
19  scheduling mediation and requested that the dispositive motion and other
20  relevant dates set by the Court be continued to allow the Parties to complete
21  mediation;
22      **WHEREAS**, on August 31, 2009 the Court posted a Minute Order
23  (Docket Entry No. 28) which vacated the December 15, 2008 Pre-Trial
24  Scheduling Order and set the last filing date for Plaintiffs' Motion for Class
25  Certification for January 6, 2010 with a hearing date of February 3, 2010 as well
26  as a dispositive motion filing date for March 10, 2010 with a hearing date of
27  April 7, 2010;
28

Initiative Legal Group APC
1800 CENTURY PARK EAST, SECOND FLOOR, LOS ANGELES, CALIFORNIA 90067

PDF created with pdfFactory trial version www.pdffactory.com

1  **WHEREAS**, the Parties had scheduled a mediation with Mark Rudy to
2  commence on October 28, 2009;

3  **WHEREAS**, due to the unforeseen death of both his mother and mother-
4  in-law within the span of one week, a necessary party to the mediation on
5  Defendants' side was unable to attend on that scheduled date and thus the Parties
6  had to cancel the mediation for that date;

7  **WHEREAS**, when the parties determined they could not proceed with the
8  mediation on October 28, 2009, they reserved the first available date on Mr.
9  Rudy's calendar, which was January 7, 2010 – a date that is one day after the
10 date currently set for Plaintiffs to file their motion for class certification;

11 **WHEREAS**, the Parties feel it is in the best interest of the Parties and
12 class members, as well as in the interest of judicial economy to conduct the
13 mediation before Plaintiffs file their motion for class certification;

14 **THEREFORE, THE PARTIES HEREBY STIPULATE** to an Order by
15 the Court vacating the current filing deadlines and continuing them by 10 weeks
16 or as the Court deems suitable as follows:

17 - Plaintiff's Motion for Class Certification shall be filed on or before
18   March 24, 2010 and noticed for hearing on April 21, 2010 at
19   9:00 a.m.
20 - Dispositive motions shall be filed on or before May 19, 2010 and
21   noticed for hearing on June 16, 2010 at 9:00 a.m.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Page 2

PDF created with pdfFactory trial version www.pdffactory.com

Dated: November 23, 2009        Respectfully submitted,

                                Initiative Legal Group, APC

                                By: _____
                                    Gene Williams
                                    Dina S. Livhits
                                    Orlando Arellano

                                Attorneys for Plaintiffs Kimberly
                                    Burrows, Kurt Brunner, and Sue
                                    Townsend

Dated: November 23, 2009        Littler Mendelson APC


                                By:     /s/ Marlene S. Muraco
                                    (as authorized on November 23, 2009)
                                    Marlene S. Muraco
                                    Erica H. Kelley

                                Attorneys for Defendants Combined
                                    Insurance Company of America
                                    and AON Service Corporation

**IT IS SO ORDERED.**


DATED: November 23, 2009        /s/ John A. Mendez
                                    JOHN A. MENDEZ
                                    United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com