1  MARLENE S. MURACO, Bar No. 154240
   mmuraco@littler.com
2  ERICA H. KELLEY, Bar No. 221702
   ekelley@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  50 W. San Fernando, 15th Floor
   San Jose, CA  95113.2303
5  Telephone:     408.998.4150

6  Attorneys for Defendant
   COMBINED INSURANCE COMPANY OF
7  AMERICA AND AON SERVICE CORPORATION

8  GENE F. WILLIAMS, Bar No. 211390
   Gwilliams@Initiativelegal.Com
9  DINA S. LIVHITS, Bar No. 245646
   Dlivhits@Initiativelegal.Com
10 MARK P. PIFKO, Bar No. 2284412
   Mpifko@Initiativelegal.Com
11 JAMIE R. GREENE, Bar No. 249355
   Jgreene@Initiativelegal.Com
12 INITIATIVE LEGAL GROUP, APC
   1800 Century Park East, 2nd Floor
13 Los Angeles, Ca  90067
   Telephone:     310.556.5637

14 Attorneys for Plaintiffs KIMBERLY BURROWS,
15 KURT BRUNNER, and SUZANNE TOWNSEND

16

17                     UNITED STATES DISTRICT COURT

18                    EASTERN DISTRICT OF CALIFORNIA

| 19 | KIMBERLY BURROWS, KURT BRUNNER, and SUSANNE TOWNSEND, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMBINED INSURANCE COMPANY OF AMERICA, an Illinois corporation; AON SERVICE CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No.  2:08-CV-01752-JAM-KJN<br><br>**JOINT STIPULATION AND ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND VACATING DEADLINE FOR FILING DISPOSITIVE MOTIONS DUE TO SETTLEMENT** |
|----|---|---|

28

LITTLER MENDELSON
A Professional Corporation
0 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

(NO.  2:08-CV-01752-JAM-KJN)

JOINT STIP. AND ORDER VACATING HEARING ON PLTFS' MOTION FOR CLASS CERT.  AND VACATING DEADLINE FOR FILING DISPOSITIVE MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com

1       **THIS STIPULATION** is hereby entered into by Plaintiffs Kimberly Burrows, Kurt
2  Brunner and Sue Townsend ("Plaintiffs") and Defendants Combined Insurance Company of
3  America, and AON Service Corporation ("Defendants"), (Plaintiffs and Defendants are collectively
4  referred to as the "Parties") by and through their respective counsel of record.

5       **WHEREAS**, Plaintiffs' motion for class certification is pending, with a hearing date
6  of April 21, 2010;

7       **WHEREAS**, per the Court's November 24, 2009 Order (Document No. 30) the
8  deadline for filing any dispositive motion is May 19, 2010 (with a hearing date of June 16, 2010);

9       **WHEREAS**, the Parties have agreed to settle this matter on a class-wide basis and
10 have executed a Memorandum of Understanding ("MOU") memorializing the key terms of their
11 settlement;

12      **WHEREAS**, Plaintiffs' counsel is in the process of drafting a Joint Stipulation of
13 Settlement and Release along with a motion for preliminary approval of the class settlement;

14      **WHEREAS**, the Parties feel it is in the best interest of the Parties and class members,
15 as well as in the interest of judicial economy to avoid further litigation now that the Parties have
16 reached agreement on a settlement;

17  //
18  //
19  //
20  //
21  //
22  //
23  //
24  //
25  //
26  //
27  //
28  //

LITTLER MENDELSON
A Professional Corporation
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. 2:08-CV-01752-JAM-KJN)    2.    JOINT STIP. AND ORDER VACATING HEARING ON PLTFS' MOTION FOR CLASS CERT. AND VACATING DEADLINE FOR FILING DISPOSITIVE MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com

**THEREFORE, THE PARTIES HEREBY STIPULATE** to an Order by the Court vacating the hearing on Plaintiffs' pending motion for class certification and vacating the deadline for filing a dispositive motion as follows:

- The hearing on Plaintiffs' Motion for Class Certification is vacated; and
- The deadlines for filing dispositive motions (previously set for May 19, 2010) and for hearing such motions (previously set for June 16, 2010) are vacated.

Dated: April 5, 2010

MARLENE S. MURACO
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants

Dated: April 5, 2010

/s/ Gene Williams
(as authorized on April 5, 2010)
GENE F. WILLIAMS
INITIATIVE LEGAL GROUP
A Professional Corporation
Attorneys for Plaintiffs

IT IS SO ORDERED,

Date: April 5, 2010

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Judge

LITTLER MENDELSON
A Professional Corporation
0 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

(NO. 2:08-CV-01752-JAM-KJN)   3.   JOINT STIP. AND ORDER VACATING HEARING ON PLTFS' MOTION FOR CLASS CERT. AND VACATING DEADLINE FOR FILING DISPOSITIVE MOTIONS

PDF created with pdfFactory trial version www.pdffactory.com