Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Mark P. Pifko (SBN 228412)
MPifko@InitiativeLegal.com
Jamie R. Greene (SBN 249355)
JGreene@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone:  (310) 556-5637
Facsimile:   (310) 861-9051

Attorneys for Plaintiffs Kimberly Burrow,
Kurt Brunner and Susanne Townsend

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY BURROWS, KURT BRUNNER, and SUZANNE TOWNSEND, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COMBINED INSURANCE COMPANY OF AMERICA, an Illinois corporation; AON SERVICE CORPORATION, an Illinois corporation,<br><br>　　　　　　Defendants. | Case No.:  2:08-CV-01752-JAM-KJM<br><br>[Assigned for all purposes to the Hon. John A. Mendez]<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　　　August 4, 2010<br>Time:　　　9:30 a.m.<br>Place:　　　Courtroom 6<br><br>Complaint Filed:  July 29, 2008 |

**ORDER**

On August 4, 2010, this Court conducted a hearing on Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

**IT IS HEREBY ORDERED THAT:**

1. The Class shall include all individuals currently and formerly employed by Defendants Combined Insurance Company of America and AON Service Corporation (collectively "Combined Insurance" or "Defendants") as all persons who work or worked for Defendants in the state of California in position(s) generally described as commissioned insurance agents, e.g., "sales agents," "sales managers," and "territory directors" at any time from July 29, 2004 through May 2, 2010;

2. The class action settlement set forth in the Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement"), entered into among the parties and their counsel, is preliminarily approved as it appears to be proper, to fall within the range of reasonableness, to be the product of arm's-length and informed negotiations, to treat all Class Members fairly, and to be presumptively valid, subject only to any objections that may be raised at the final approval hearing;

3. The Court approves, as to form and content, the proposed Notice of Pendency of Class Action Settlement, Claim Form, and Request for Exclusion Form (collectively, the "Notice Packet");

4. The Court directs the mailing, by First-Class U.S. mail, of the Notice Packet to the Class Members in accordance with the schedule set forth below. The Court finds that the method selected for communicating the class action Settlement to Class Members is the best notice practicable under the circumstances, constitutes due and sufficient notice to all persons entitled to notice, and thereby satisfies due process;

5. The Court preliminarily appoints named Plaintiffs Kimberly

Burrows, Kurt Brunner, and Susanne Townsend as the Class Representatives;

6. The Court preliminarily appoints Initiative Legal Group APC as Class Counsel;

7. The Court grants preliminary approval of attorneys' fees and costs of $2,000,000 and $100,000 payable to Initiative Legal Group APC;

8. The Court grants preliminary approval of Class Representative Enhancement Payments of $10,000 each payable to Plaintiffs Kimberly Burrows, Kurt Brunner and Susanne Townsend;

9. The Court grants preliminary approval of claims administration costs;

10. The Court grants preliminary approval of the allocation of $60,000, pursuant to California Labor Code sections 2698, et seq., the California Labor Code Private Attorneys General Act of 2004 ("PAGA") for the Release of Class Members' PAGA claims. Forty-five thousand dollars (75%) shall be paid to the California Labor and Workforce Development Agency ("LWDA"); and

11. The following dates shall govern for the purposes of this Settlement:

| **Timing** | **Event** |
|---|---|
| August 18, 2010 (14 calendar days after preliminary approval of Settlement) | Last day for Defendants provide to the Claims Administrator a spreadsheet containing the Class Members' full names, most recent known mailing addresses and telephone numbers, Social Security Numbers, dates of employment, and the respective number of days worked by each Class Member during the Class Period ("Class List"). |

| Timing | Event |
|---|---|
| August 28, 2010 (10 calendar days after the Claims Administrator receives Class List) | Last day for Claims Administrator to mail Notice Packet to Class Members. |
| September 27, 2010 (No more than 30 days, nor fewer than 20 days, after the initial mailing of the Notice Packet) | Last Day for Claims Administrator to send one reminder postcard to all Class Members who have not returned Claim Forms or requested exclusion from the Settlement. |
| October 27, 2010 (no more than 60 calendar days after Claims Administrator mails the Notice Packet) | Last Day for Class Members' deadline to sign and postmark Claim Forms, Request for Exclusion Forms, or file and serve objections to the Settlement. |
| November 10, 2010 | Plaintiffs file Motion for Final Approval of Class Action Settlement and Motion for an Award of Attorneys' Fees And Costs. |
| December 8, 2010 | Final Approval Hearing. |

**IT IS SO ORDERED.**

Dated: _____, 2010

_____
Hon. John A. Mendez
United States District Judge