Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Mark P. Pifko (SBN 228412)
MPifko@InitiativeLegal.com
Theodore O'Reilly (SBN 267675)
TOReilly@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiffs Kimberly Burrow,
Kurt Brunner, and Susanne Townsend

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY BURROWS, KURT BRUNNER, and SUZANNE TOWNSEND, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COMBINED INSURANCE COMPANY OF AMERICA, an Illinois corporation; AON SERVICE CORPORATION, an Illinois corporation,<br><br>Defendants. | Case No.: 2:08-CV-01752-JAM-KJM<br><br>[Assigned for all purposes to the Hon. John A. Mendez]<br><br>[~~PROPOSED~~] ORDER GRANTING FINAL APPROVAL OF CLASS SETTLEMENT AND AWARDING CLASS REPRESENTATIVE ENHANCEMENT PAYMENTS AND ATTORNEYS' FEES AND COSTS<br><br>Date: December 15, 2010<br>Time: 9:30 a.m.<br>Place: Courtroom 6<br><br>Complaint Filed: July 29, 2008 |

ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT

# ORDER

On December 15, 2010, this Court conducted a hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement and Motion for Class Representative Enhancement Awards and an Award of Attorneys' Fees and Costs. Initiative Legal Group APC ("Class Counsel") appeared on behalf of Class Representatives Kimberly Burrows, Kurt Brunner, and Suzanne Townsend. Littler Mendelson appeared on behalf of Defendant Combined Insurance Company of America ("Defendant" or "Combined").

Having considered the Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement"), and all legal authorities and documents submitted in support thereof, and good cause appearing, **IT IS HEREBY ORDERED** that the Motion for Final Approval of Class Action Settlement and Motion for Class Representative Enhancement Awards and an Award of Attorneys' Fees and of Costs are **GRANTED**, subject to the following findings and orders:

1. All terms used herein shall have the same meaning as defined in the Settlement Agreement.

2. This Court has jurisdiction over the subject matter of this litigation and over all Parties to this litigation, including all Class Members.

3. Final approval shall be with respect a Class of all individuals currently and formerly employed by Combined in the State of California in position(s) generally described as commissioned insurance agents, e.g., "sales agents," "sales managers," and "territory directors" at any time from July 29, 2004 through May 2, 2010.

4. The distribution of the Notice of Pendency of Class Action Settlement and Final Fairness Hearing, Claim Form, Exclusion Form, and reminder postcard (collectively, "Class Notice") to the Class Members as set forth in the Settlement Agreement has been completed in conformity with the

1  August 12, 2010 Preliminary Approval Order. The Class Notice provided
2  adequate notice of the proceedings and about the case, including the proposed
3  settlement terms as set forth in the Settlement Agreement. The Class Notice
4  fully satisfied due process requirements. The Class Notice was sent via U.S.
5  Mail to all persons entitled to such notice and to all Class Members who could be
6  identified through reasonable effort. As executed, the Class Notice was the best
7  notice practicable under the circumstances.
8       5.   The Court hereby approves the terms set forth in the Settlement
9  Agreement and finds that the Settlement Agreement is, in all respects, fair,
10 adequate, and reasonable, and directs the parties to effectuate the Settlement
11 Agreement according to its terms. The Court finds that the Settlement
12 Agreement has been reached as a result of intensive, serious, and non-collusive
13 arm's-length negotiations. The Court further finds that the Parties have
14 conducted extensive investigation and research, and their attorneys are able to
15 reasonably evaluate their respective positions. The Court also finds that
16 settlement now will avoid additional and potentially substantial litigation costs,
17 as well as delay and risks if the parties were to continue to litigate the case. The
18 Court finds that Class Counsel have skillfully advanced their position on a
19 contingent-fee basis, and their efforts have resulted in a substantial recovery for
20 the Class.
21      6.   The Settlement Agreement is not an admission by Defendant or by
22 any other Released Party, nor is this Order a finding of the validity of any
23 allegations or of any wrongdoing by Defendant or any other Released Party.
24 Neither this Order, the Settlement Agreement, nor any document referred to
25 herein, nor any action taken to carry out the Settlement Agreement, may be
26 construed as, or may be used as, an admission of any fault, wrongdoing,
27 omission, concession, or liability whatsoever by or against Defendant or any of
28 the other Released Parties.

7.   Defendant shall pay the Class Members pursuant to the claim procedure described in the Settlement Agreement. Defendant shall have no further liability for costs, expenses, interest, attorneys' fees, or for any other charge, expense, or liability, except as provided in the Settlement Agreement.

8.   The Court awards the Named Plaintiffs and Class Representatives Kimberly Burrows, Kurt Brunner, and Suzanne Townsend $10,000 each for their service to the Class. The Court finds that these amounts are fair and reasonable in light of Plaintiffs' contributions to this litigation.

9.   The Court grants final approval of the allocation of $60,000, pursuant to California Labor Code sections 2698, et seq., to the California Labor Code Private Attorneys General Act of 2004. Seventy-five percent ($45,000) of that amount will be payable to the California Labor and Workforce Development Agency, and the remaining twenty-five percent ($15,000) shall be payable to Class Members.

10.  The Court hereby awards attorneys' fees and costs of $2,000,000 and $99,109.10 payable to Class Counsel. This award amount is unopposed by Defendant. The Court finds that the attorneys' fees and costs requested were reasonable in light of the relevant factors under California law.

11.  The Court approves claims administration expenses in the amount of $20,000 payable to Simpluris, Inc.

12.  The Court finds that the Settlement Agreement has been drafted and entered into in good faith and constitutes a fair, reasonable, and adequate compromise of the Released Claims against Defendant and all other Released Parties.

13.  Class Members who did not timely submit Exclusion Forms are bound by the release and waiver listed in the Settlement Agreement. Accordingly, as of the final judgment, Class Members who have not been excluded are hereby forever barred and enjoined from prosecuting the Released

1  Claims during the Class Members' Class Period against Defendant.

2      14.    The Parties agree that, upon final approval of the Settlement, the
3  Court shall enter a Judgment on the terms set forth herein, which Judgment shall
4  have the effect of releasing and/or resolving the claims by Plaintiffs and Class
5  Members who have not opted out of the Settlement against Defendant, and
6  declaring that Plaintiffs and all Class Members who have not opted out of the
7  Settlement are bound by the release as described in the Settlement Agreement.
8  The Court shall have continuing jurisdiction over the construction, interpretation,
9  implementation, and enforcement of the Settlement Agreement in accordance
10 with its terms, and over the administration and distribution of the Settlement
11 proceeds.

**IT IS SO ORDERED.**

Dated: 12-15-2010

Honorable John A. Mendez
Judge, United States District Court