Gene Williams (SBN 211390)
GWilliams@InitiativeLegal.com
Mark P. Pifko (SBN 228412)
MPifko@InitiativeLegal.com
Theodore O'Reilly (SBN 267675)
TOReilly@InitiativeLegal.com
Initiative Legal Group APC
1800 Century Park East, 2nd Floor
Los Angeles, California 90067
Telephone: (310) 556-5637
Facsimile: (310) 861-9051

Attorneys for Plaintiffs Kimberly Burrow,
Kurt Brunner, and Susanne Townsend

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—SACRAMENTO DIVISION

| | |
|---|---|
| KIMBERLY BURROWS, KURT BRUNNER, and SUZANNE TOWNSEND, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>COMBINED INSURANCE COMPANY OF AMERICA, an Illinois corporation; AON SERVICE CORPORATION, an Illinois corporation,<br><br>    Defendants. | Case No.: 2:08-CV-01752-JAM-KJM<br><br>[Assigned for all purposes to the Hon. John A. Mendez]<br><br>[~~PROPOSED~~] JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE<br><br>Date:  December 15, 2010<br>Time:  9:30 a.m.<br>Place: Courtroom 6<br><br>Complaint Filed: July 29, 2008 |

JUDGMENT AND ORDER OF DISMISSAL

## JUDGMENT AND ORDER

On December 15, 2010, the Court entered an Order granting final approval of the class action settlement described in the Joint Stipulation of Class Action Settlement and Release ("Settlement" or "Settlement Agreement") between Plaintiffs Kimberly Burrows, Kurt Brunner, and Suzanne Townsend ("Plaintiffs") and Combined Insurance Company of America ("Defendant" or "Combined") (collectively the "Parties") and awarding Class Representative Enhancement Payments and fees and costs as described in the Court's Order ("Final Approval Order").

Now that the Court has granted final approval of the Settlement, the Parties present to the Court this proposed form of Judgment for the Court's review and approval.

**NOW GOOD CAUSE APPEARING, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Court enters judgment in accordance with its Final Approval Order and orders that the Lawsuit be dismissed on the merits with prejudice on a class-wide basis in accordance with the terms of the Settlement Agreement. This document shall constitute a final judgment for purposes of Federal Rule of Civil Procedure, Rule 58.

2. All Class Members, except those who timely opted out of the settlement or who were deemed opted out of the settlement pursuant to the Settlement Agreement, are bound by the instant Judgment and Order of Dismissal with Prejudice and by the terms of the Settlement Agreement, including the Release of Claims described in the Settlement Agreement.

3. Without affecting the finality of the Settlement or the Judgment in any way, the Court shall retain exclusive and continuing jurisdiction over this Lawsuit and the Parties, including all Class Members, for the purposes of monitoring compliance with and performance of the Settlement.

**IT IS SO ORDERED.**

Dated: 12-15-2010

_____
Honorable John A. Mendez
Judge, United States District Court